1  EDWARD R. NELSON, III
   (enelson@nbclaw.com
2  NELSON BUMGARDNER CASTO, P.C.
   5601 Bridge Street, Suite 300
3  Fort Worth, Texas 76112
   Telephone:  (817) 377-9111
4  Facsimile:  (817) 337-3485

5  JAN P. WEIR, State Bar No. 106652
   (jweir@sycr.com)
6  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
7  Newport Beach, CA  92660-6422
   Telephone:  (949) 725-4000
8  Facsimile:  (949) 725-4100

9  Attorneys for Defendants
   SCREENTONE SYSTEMS CORPORATION,
10 ACACIA PATENT ACQUISITION
   CORPORATION, ACACIA RESEARCH
11 CORPORATION, and PAUL S. SNYPP

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14                         **SOUTHERN DIVISION**

| | |
|---|---|
| 15  CANON U.S.A., INC., a New York corporation, EASTMAN KODAK COMPANY, a New Jersey corporation, PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation, RICOH AMERICAS CORPORATION, a Delaware corporation, and KYOCERA MITA AMERICA, INC., a California corporation,<br><br>              Plaintiffs,<br><br>         vs.<br><br>SCREENTONE SYSTEMS CORP., a Delaware corporation; ACACIA PATENT ACQUISITION CORPORATION; ACACIA RESEARCH CORPORATION, a Delaware corporation; and PAUL S. SNYPP.<br><br>              Defendants. | CASE NO. 8:08-cv-00409-CJC (ANx)<br><br>The Honorable Cormak J. Carney<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS** |

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS

DOCSOC/1308586v1/101022-0006

1  Screentone Systems Corporation ("Screentone") sued Kyocera Mita
2  America, Inc. ("Kyocera Mita") in the U.S. District Court Eastern District of
3  Texas, Civil Action No. 2:07-00340 (the "Texas action"). Kyocera Mita
4  subsequently sued Screentone, Acacia Patent Acquisition Corp ("APAC"), Acacia
5  Research Corp. ("ARC") and Paul S. Snypp ("Snypp") (collectively, the
6  "Screentone Parties") in the U.S. District Court Western District of Washington,
7  Civil Action No. 2:07-01544 (the "Washington action"). The Texas and
8  Washington actions have been transferred to this Court, the Texas action now
9  identified as Case No. 8:08-cv-408-CJC (ANx) and the Washington Action now
10 identified as Case No. 8:08-cv-409-CJC (ANx).

11  The Screentone Parties and Kyocera Mita have amicably settled all claims
12 asserted among them in the Texas and Washington actions. Accordingly, IT IS
13 HEREBY STIPULATED and AGREED by and between the Screentone Parties
14 and Kyocera Mita that, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties' respective
15 claims in Case No. 8:08-cv-408-CJC (ANx) and Case No. 8:08-cv-409-CJC (ANx)
16 be, and they hereby are, dismissed with prejudice.

17  The Screentone Parties have not released, and nothing in this Stipulation
18 shall be construed as a release or discharge of, any claim that the Screentone
19 Parties have or may have in the future against any other party named in these
20 related actions or any other asserted infringer of the patents-in-suit. All such rights
21 have been, and are, expressly reserved. Each party will bear its own costs and
22 attorneys' fees.

23 DATED: October 16, 2008

24 STRADLING YOCCA CARLSON &  SHEPPARD MULLIN RICHTER &
   RAUTH                          HAMPTON, LLP
25 A Professional Corporation

26 By: /s/                         By: /s/
   Jan P. Weir                     Joel E. Lutzker
27 Attorneys for THE SCREENTONE    Attorneys for KYOCERA MITA
   PARTIES                         AMERICA, INC.
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS
DOCSOC/1308586v1/101022-0006